**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1115-GMS |
| | ) |
| BROADCOM CORP., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 6:00 p.m. on November 8, 2017, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF REALTEK SEMICONDUCTOR CORP.'S FIRST SET OF
INTERROGATORIES ON DEFENDANT BROADCOM CORP. (NOS. 1-5)

PLAINTIFF REALTEK SEMICONDUCTOR CORP.'S
RULE 26(a)(1) INITIAL DISCLOSURES

| **BY EMAIL** | **BY EMAIL** |
|---|---|
| John W. Shaw | Bruce S. Sostek |
| Jeffrey Thomas Castellano | Richard L. Wynne, Jr. |
| Nathan R. Hoeschen | Natalie M. Cooley |
| Shaw Keller LLP | Thompson & Knight LLP |
| 1105 North Market Street, 12th Floor | One Arts Plaza |
| Wilmington, DE 19801 | 1722 Routh Street, Suite 1500 |
| (302) 298-0700 | Dallas, TX 75201 |
| jshaw@shawkeller.com | (214) 969-1700 |
| jcastellano@shawkeller.com | bruce@sostek@tklaw.com |
| nhoeschen@shawkeller.com | richard.wynne@tklaw.com |
| | natalie.cooley@tklaw.com |
| *Attorneys for Defendant* | |
| | *Co-Counsel for Defendant* |

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: */s/ Philip A. Rovner* |
| Steven Baik | Philip A. Rovner (#3215) |
| SIDLEY AUSTIN LLP | Jonathan A. Choa (#5319) |
| 1001 Page Mill Road, Bldg. 1 | Alan R. Silverstein (#5066) |
| Palo Alto, CA 94304 | Hercules Plaza |
| (650) 565-7000 | P.O. Box 951 |
|  | Wilmington, DE  19899 |
|  | (302) 984-6000 |
| Dated:  November 8, 2017 | *Attorneys for Plaintiff* |
| 5555511 | *Realtek Semiconductor Corp.* |