IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1115-GMS |
| | ) |
| BROADCOM CORP., | ) |
| | ) |
| Defendant. | ) |

**BROADCOM'S RULE 11 MOTION FOR SANCTIONS**

Defendant Broadcom Corporation ("Broadcom") respectfully moves the Court for sanctions against Plaintiff Realtek Semiconductor Corp. ("Realtek") for violations of Federal Rule of Civil Procedure 11. The grounds for this motion are fully set forth in Broadcom's Brief.

Although the resolution of this motion will require some of the same analysis as Broadcom's motion to dismiss, *see* D.I. 9, 10, Broadcom files this motion now because the Third Circuit requires "all motions requesting Rule 11 sanctions [to] be filed in the district court before entry of a final judgment" and "as soon as practicable after discovery of the Rule 11 violation." *See Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 100 (3d Cir. 1988).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 3362) |
|  | Jeffrey T. Castellano (No. 4837) |
| OF COUNSEL: | SHAW KELLER LLP |
| Bruce S. Sostek | I.M. Pei Building |
| Richard L. Wynne, Jr. | 1105 North Market Street, 12th Floor |
| Natalie M. Cooley | Wilmington, DE 19801 |
| THOMPSON & KNIGHT LLP | (302) 298-0700 |
| One Arts Plaza | jshaw@shawkeller.com |
| 1722 Routh Street, Suite 1500 | jcastellano@shawkeller.com |
| Dallas, TX 75201 | *Attorneys for Defendant* |
| (214) 969-1386 |  |

Dated: November 14, 2017