IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 17-1114-GMS |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., | ) |
| Defendant. | ) |
| REALTEK SEMICONDUCTOR CORP., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 17-1115-GMS |
| BROADCOM CORP., | ) |
| Defendant. | ) |

## ORDER

During a teleconference held on December 19, 2017, the court ordered dismissal of the above-captioned actions. The court having reviewed the parties' contentions, the standard of review, and the applicable law;

IT IS HEREBY ORDERED that C.A. No. 17-1114-GMS and C.A. No. 17-1115-GMS are dismissed.[1]

Dated: December 19, 2017

UNITED STATES DISTRICT JUDGE

---

[1] This Order renders Avago Technologies' Motion to Dismiss for Failure to State a Claim (D.I. 9) and Motion for Rule 11 Sanctions (D.I. 28) filed in C.A. No. 17-1114-GMS moot. This Order also renders Broadcom's Motion to Dismiss for Failure to State a Claim (D.I. 9) and Motion for Rule 11 Sanctions (D.I. 29) filed in C.A. No. 17-1115-GMS moot.